| RETURN | | CASE NUMBER: |
|---|---|---|

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 7/28/05 | 8/5/05 @ 8:31 am | 8:31 am Glenn Toups |

INVENTORY MADE IN THE PRESENCE OF

Glenn Charles Toups

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Computer equipment
Hard drives
Assorted CD's,
VHS movies
8mm Cassette
Camera -Disposable -Digital
Books on Children
Photographs
Misc. Papers

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Margaret L Faulkner

Subscribed, sworn to, and returned before me this date.

_____    8/19/05
U.S. Judge or Magistrate Judge          Date